IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              November 6, 2009

Deputy Clerk:      LaDonne Bush
Court Reporter     Kara Spitler
Probation:         Keith Williams

Criminal Action No. 07-cr-00429-REB-25

*Parties:*                           *Counsel:*

UNITED STATES OF AMERICA,            Mark Barrett

    Plaintiff,

v.

25.  ANTHONY WILSON                  Steven Jacobson

    Defendant.

SENTENCING MINUTES

2:33 p.m.     Court in session.

Defendant is present on bond.

**On July 9, 2009, the defendant plead guilty to Count 69 of the Amended Superseding Indictment.**

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant.

Statement by counsel for the government.

The Court has considered all relevant matters of fact and law.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the Government's 5K1.1 Motion for Downward Departure for Cooperation (Doc. 1085) is granted.

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 69 on the Amended Superseding Indictment;

4. That any necessity in addition to the Government's motion for a sentence variance to warrant a sentence to time served is granted;

5. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the Bureau of Prisons for a period of time served;

6. That effective forthwith, the defendant shall be placed on supervised release for a term of three years;

7. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    • all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d);

    • all standard conditions of supervised release imposed by this court in all such cases and circumstances; and

    • the following explicit or special conditions of supervised release:

        • that the defendant shall not violate any federal, state, or

- municipal statute, regulation, or ordinance during the term of supervised release;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm, destructive device or weapon as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of his DNA;

- that the defendant shall submit to one drug test within 15 days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed by the court;

- that the defendant, at his own expense and as directed by his probation officer, shall undergo an alcohol, substance abuse evaluation and thereafter, at his own expense, receive any treatment, therapy, counseling, testing, or education prescribed or recommended by the evaluation or as directed reasonably by his probation officer or as ordered by the court; the defendant shall abstain from the use of alcohol and all other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; and to ensure continuity of treatment, the probation department is authorized to release all relevant records of the defendant, including medical records, mental health records and the presentence report to any person or entity responsible for or involved in the treatment, therapy, counseling, testing, and education of the defendant;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00; and

9. That the defendant and his counsel shall confer with Probation Officer Keith Williams immediately following the conclusion of this sentencing hearing to schedule an appointment to read, review, and sign the written conditions of supervised release imposed by this Court in its sentencing orders.

The defendant waives formal advisement of the right to appeal the sentence imposed by the Court.

**ORDERED**:   Government's oral motion to dismiss is granted.  All other crimes charged against the defendant in the charging document, including but not limited to the Amended Superseding Indictment, are dismissed with prejudice.

2:48 p.m.   Court in recess.

Time: 00:15

Hearing concluded.